*Notice: This order is subject to correction before publication in the PACIFIC REPORTER. Readers are requested to bring errors to the attention of the Clerk of the Appellate Courts, 303 K Street, Anchorage, Alaska 99501, phone (907) 264-0608, fax (907) 264-0878, email corrections@akcourts.gov.*

THE SUPREME COURT OF THE STATE OF ALASKA

| | |
|---|---|
| STEVE PETE,<br><br>Petitioner,<br><br>v.<br><br>STATE OF ALASKA,<br><br>Respondent. | Supreme Court No. S-19403<br><br>Court of Appeals No. A-14574<br>Superior Court No. 2UT-22-00137 CR<br><br>**Order**<br><br>Order No. 126 – June 13, 2025 |

Before:   Carney, Chief Justice, and Borghesan, Henderson, Pate, and Oravec, Justices.

On consideration of the Petition for Hearing filed on March 5, 2025, and the response filed on April 4, 2025,

**IT IS ORDERED**:

The Petition for Hearing is **GRANTED**.   The court of appeals' order dated February 14, 2025, denying the petition for review is **VACATED**.   As in the case of a defendant's pretrial motion to dismiss on double jeopardy grounds,[1] we conclude that in all but patently unmeritorious cases, the court of appeals should grant and decide petitions seeking review of a trial court's rejection of a plea agreement.   The case is therefore **REMANDED** to the court of appeals with directions to either grant the petition

---

[1]   *See Tritt v. State*, 134 P.3d 364, 365-66 (Alaska App. 2006) (applying rule from and providing text of unpublished order in *Artemie v. State*, No. S-12026 (Alaska Supreme Court Order, Dec. 15, 2005)).

for review and decide the merits of the claim that the plea agreement was improperly rejected or, based on an express determination that the claim is patently unmeritorious, deny the petition for review.

Entered at the direction of the court.

Clerk of the Appellate Courts

_____
Meredith Montgomery

Distribution:

Schwaiger, Michael T.
Wendlandt, Diane